# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LKHAGVASUREN DULMAA<br>　　Defendant. | Case No.: 21CR0373-GPC<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

For good cause appearing in the government's Motion, the Court GRANTS the Government's Motion to Dismiss the Information As To Lkhagvasuren Dulmaa Without Prejudice.

DATED: 7/22/21

Gonzalo P. Curiel
United States District Judge